

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-1990
Re: Payment of membership dues in
the National Tobacco Tax Con-
ference, International Asso-
ciation of Game, Fish and Con-
servation Commissioners, and
the National Guard Association
of the United States.

In your letter of February 16, 1940, you request
our opinion as to whether payment out of state funds is
authorized to be made of the following items, to wit, first,
in behalf of the State Comptroller, a membership fee of
$25.00 for the year 1939 in the National Tobacco Tax Con-
ference; second, in behalf of the Game, Fish and Oyster Com-
mission, a membership fee of $25.00 for the year 1940 in
the International Association of Game, Fish and Conserva-
tion Commissioners; and third, in behalf of the Adjutant
General, a membership fee of $325.00 for the year 1940 in
the National Guard Association of the United States.

In connection with your request for our opinion
you submit to us the following facts relative to the National
Tobacco Tax Conference:

"PURPOSE:

The National Tobacco Conference was organized for
the purpose of bringing together the tax officials
of the various States levying tobacco taxes to dis-
cuss means of better collections and enforcement.

"RESULTS:

Arrangements have been perfected at the Conferences
in which all the tobacco tax States exchange infor-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable George H. Sheppard, Page 2

mation of cigarette and tobacco shipments between
the States. Texas receives monthly a transcript
of all shipments of cigarettes coming into Texas
from Louisiana, Mississippi, Oklahoma, Arkansas,
Alabama, Arizona and Kansas, which enables the
Cigarette Division to collect taxes that were
heretofore escaping. This arrangement which
originated and was adopted at the Conferences
caused several of the States to amend their laws
to provide this information. The exchange of
such information has resulted in eliminating
many large interstate dealers who had set up
places of business in States adjoining or near
Texas for the sole purpose of gaining advantage
over Texas dealers by selling tax free cigarettes
through interstate transactions. Such shipments
were made by parcel post free of inspection under
postal laws and regulations.

"SPECIFIC EXAMPLES:

In 1935 and 1936 Texas received information from
Kansas and Oklahoma showing information of 32
million cigarettes shipped into Texas by one
dealer operating a place of business in both
states. This information was obtained through
a reciprocal agreement made at National Tax Con-
ferences and resulted in stopping the activities
of this dealer as well as several others operat-
ing on a smaller scale. None of the cigarettes
were tax paid until the Department received the
information.

At the Conference in New Orleans in 1938 Sam
Kimberlin and Pat Neff persuaded the tax offi-
cials of Mississippi to audit dealers shipping
into Texas and turn the information over to
the Texas officials. As a result approximately
$5,000.00 was collected in delinquent taxes
after forty-four civil suits had been filed by
the Attorney General's Department. Some 395
dealers and consumers were involved in the re-
ceipt of such cigarettes from Mississippi. In
one case -- the Continental Can Company of
Houston -- $1,800 was collected in cigarette tax
and penalties without the necessity of filing a

Honorable George H. Sheppard, Page 3

civil suit. This has resulted in reducing the business of this dealer to a very small quantity which is now reported to Texas monthly by the State of Mississippi. Mississippi amended its law after the Conference in New Orleans to require dealers to report interstate shipments to the Mississippi Tax Commission and to provide that such information could be given to the States into which such shipments were made.

The Conferences have resulted in better laws in all the States levying tobacco taxes and has reduced tax evasion to a minimum through interstate transactions.

The Conference has also appointed committees to use their influence in having National legislation enacted that would permit inspection of mail shipments and closer inspection of all interstate transactions. It is expected that this bill -- the Tarver Bill -- will be enacted during the present session of the National Congress. This Bill has been sponsored and pushed by the National Tobacco Tax Conference and if it is successfully enacted, it will be as a result of the efforts of the National Tobacco Tax Conference. Successful passage will mean a saving of not less than $100,000.00 which is still escaping through the interstate shipment of cigarettes by parcel post into Texas."

Among the items of appropriation for the operation of the Cigarette and Occupation Tax Enforcement Division of the Comptroller's Department we find an appropriation of $10,000.00 for "Postage, telephone, telegraph, express, supplies, stationery, printing and contingent." In Section 24a of Article 7047c-1, Vernon's Civil Statutes, it is made the duty of the Comptroller to collect, supervise and enforce the collection of cigarette taxes and the Comptroller is given the power and the authority to make and to publish rules and regulations for the enforcement of the provisions of the act levying the cigarette tax and the collection of revenues thereunder. From the facts which you submit to us, there appears not only a clear desirability for the Comptroller to be a member of the National Tobacco Conference but a practical

Honorable George H. Sheppard, Page 4

necessity for such membership and asquisition of the benefits thereof if he is to properly enforce the provisions of the taxing statute and effect a reasonably high percentage of collections. The problem of the shipment of unstamped cigarettes from other states into this one is one which cannot be properly dealt with except with the cooperation of the authorities of other states. In our opinion the account of $25.00 for membership in the National Tobacco Tax Conference may be paid out of the appropriation of $10,000.00 mentioned above.

Among the items of appropriations for the current biennium to the Game, Fish and Oyster Commission is one of $400.00 for "Books, periodicals, dues and subscriptions." The sum of $25.00 covering dues for the Game, Fish and Oyster Commission for membership in the International Association of Game, Fish and Conservation Commissioners may be paid out of that appropriation.

We desire to be furnished with additional information concerning the functions of the National Guard Association and the relationship between such Association and the Adjutant General before attempting to give our opinion in response to the third part of your question.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:CO

APPROVED MAR 18, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN